IN THE SUPREME COURT OF THE STATE OF NEVADA

ERIC THOMAS MESI, AN
INDIVIDUAL,
                    Appellant,
            vs.
PENNYMAC LOAN SERVICES, LLC,
                    Respondent.

No. 83611

FILED

JAN 0 6 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order declaring appellant a vexatious litigant and dismissing his verified complaint for unlawful detainer as rogue, improper, and frivolous. Eighth Judicial District Court, Clark County; Crystal Eller, Judge.

Review of the documents before this court reveals a jurisdictional defect. The underlying matter was commenced when respondent filed a complaint against appellant. That matter is still being litigated below. Thus, it does not appear that the challenged order is appealable as a final judgment under NRAP 3A(b)(1) because respondent's claims remain pending in the district court. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment as "one that disposes of all the issues presented in the case, and leaves nothing for the future consideration of the court, except for post-judgment issues such as attorney's fees and costs"). It also does not appear that any other statute or court rule provides for an appeal from the challenged order. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute or court rule"); *Peck v. Crouser*, 129 Nev. 120, 295 P.3d 586 (2013) (providing that vexatious

22-00595

litigant orders are not independently appealable); *Consol. Generator-Nev., Inc. v. Cummins Engine Co.* 114 Nev. 1304, 1312, 971 P.2d 1251, 1256 (1998) (providing that interlocutory orders are not independently appealable). This court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                Herndon


cc:     Hon. Crystal Eller, District Judge
        Eric Thomas Mesi
        Akerman LLP/Las Vegas
        Eighth District Court Clerk